1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

OGANES TEROGANESYAN,

                Petitioners,

     v.

KRISTI NOEM, Secretary, United States Department of Homeland Security; TODD M. LYONS, Acting Director of Unites States Immigration and Customs Enforcement; and SAMAIA FERETI, Administrator of Adelanto Detention Facility,

                Respondents.

Case No: 5:26-cv-00124-MWF-MAA

**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

On January 26, 2026, the Court **GRANTED** *in part* Petitioner's Ex Parte Application for a Temporary Restraining Order (Docket No. 5).

Pursuant to Federal Rule of Civil Procedure 65, **IT IS ORDERED** that:

1. Respondents must release Petitioner Oganes Teroganesyan from custody immediately and file a notice of compliance with this Order no later than January 28, 2026.

2. Respodnents are **ENJOINED** from re-detaining Petitioner unless they comply with the process required under 8 C.F.R. §§ 241.4(l)(1), 241.13(i).

3. Respondents shall **SHOW CAUSE**, in writing, by February 11, 2026, as to why the Court should not issue a preliminary injunction in this case. Petitioner may file a response by February 19, 2026. The Court **SETS** a hearing on whether a preliminary injunction should issue on February 23, 2026 at 11:30 a.m.

**IT IS SO ORDERED.**

Dated: January 26, 2026

MICHAEL W. FITZGERALD
United States District Court Judge

**TEMPORARY RESTRAINING ORDER**