# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OGANES TEROGANESYAN,<br><br>                              Petitioner,<br><br>          v.<br><br>KRISTI NOEM, Secretary, United States Department of Homeland Security; TODD M. LYONS, Acting Director of Unites States Immigration and Customs Enforcement; and SAMAIA FERETI, Administrator of Adelanto Detention Facility,<br><br>                              Respondents. | Case No: 5:26-cv-00124-MWF-MAA<br><br>**PRELIMINARY INJUNCTION** |

On January 26, 2026, the Court granted in part Petitioner's Ex Parte Application for a Temporary Restraining Order. (Docket No. 9). The Court further issued an Order to Show Cause as to why a Preliminary Injunction should not issue. (Docket No. 10).

On February 20, 2026, having reviewed the responses to the Order to Show Cause and pursuant to Federal Rule of Civil Procedure 65, good cause appearing therefor:

Respondents are **ENJOINED** from re-detaining Petitioner unless they comply with the process required under 8 C.F.R. §§ 241.4(l)(1), 241.13(i).

**IT IS SO ORDERED.**

Dated:  February 20, 2026

MICHAEL W. FITZGERALD
United States District Court Judge

2
**PRELIMINARY INJUNCTION**