JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OGANES TEROGANESYAN,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Department of Homeland Security,[1] et al.,<br><br>Respondents. | No. 5:26-cv-00124-MWF-BFM<br><br>**JUDGMENT**<br><br>Honorable Brianna Fuller Mircheff<br>United States Magistrate Judge |

Pursuant to the Joint Notice of Lodging [Proposed] Judgment and this Court's Order (Docket No. 15) on February 20, 2026, it is adjudged that the Petition under 28 U.S.C. § 2241 is granted in part, with no further proceedings. Respondents preserve their objections to the merits of such a judgment granting the Petition and the Order that it is based upon, however, for the purposes of potential appeal.

Dated: June 12, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Markwayne Mullin is automatically substituted into this action in his official capacity.

1